UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

YOLANDO BLOUNT,

      Petitioner,

v.                                        **ORDER**
                                          Civil File No. 18-1317 (MJD/KMM)

WARDEN BARNES,

      Respondent.

Yolando Blount, pro se.

Ana H. Voss and Ann M. Bildsten, Assistant United States Attorneys, Counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated July 3, 2018. Petitioner Yolando Blount filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Menendez dated July 3, 2018.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated July 3, 2018 [Docket No. 4].

2. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: September 5, 2018         s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court